IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD LACONTORA,<br><br>            Plaintiff,<br><br>   v.<br><br>GENO ENTERPRISES, LLC<br>d/b/a Chick-Fil-A<br><br>            Defendants. | CIVIL ACTION<br>NO. 21-03948 |

## **ORDER**

**AND NOW**, this 23rd day of March 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 3) and Plaintiff's Response in Opposition (Doc. No. 6), it is **ORDERED** that the Motion (Doc. No. 3) it is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

  /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1